UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:08CR1 |
| | ) | |
| JOHN DOE #13 | ) | |

## **MOTION TO WITHDRAW**

Comes now Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, and moves the court to withdraw the appearance of Bernard Van Wormer, Assistant United States Attorney, as a Notice of Appearance is on file for the undersigned.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

BY:    /s/ Jacqueline L. Jacobs
Jacqueline L. Jacobs
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana   46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770
E-mail:   Jacky.Jacobs@usdoj.gov