UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-cr-1 PPS |
| | ) | |
| JOHN DOE #13 | ) | |

**MOTION TO DISMISS
AND RECALL ARREST WARRANT**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Abizer Zanzi, Assistant United States Attorney, and respectfully moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment without prejudice in the above-captioned cause against defendant JOHN DOE #13, and to recall the arrest warrant issued in this matter against defendant JOHN DOE #13.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

*/s/ Abizer Zanzi*
Abizer Zanzi
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
Abizer.Zanzi@usdoj.gov