UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-cr-1 PPS |
| | ) | |
| JOHN DOE #13 | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses the Indictment without prejudice filed in the above-captioned cause against the defendant, JOHN DOE #13, and recalls the arrest warrant issued against JOHN DOE #13 in this matter.

Leave of Court is granted for the filing for the foregoing dismissal.

Dated:   October 27, 2023

/s/ Philip P. Simon
United States District Court Judge